1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   MICHAEL EVAN BAKER,                   CASE NO. 1:11-cv-00129-AWI-SMS

10                  Plaintiff,            ORDER GRANTING PLAINTIFF'S
                                          MOTION TO PROCEED *IN FORMA*
11          v.                            *PAUPERIS* AND AUTHORIZING
                                          SERVICE OF COMPLAINT
12   CITY OF MODESTO, et al.,

13                  Defendants.           (Doc. 4)
                                  /
14

15          By a motion filed February 9, 2011, Plaintiff Michael Evan Baker seeks to proceed *in*

16   *forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28

17   U.S.C. § 1915(a).  Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma*

18   *pauperis*.

19          In addition, this Court has screened Plaintiff's complaint and found that it states

20   cognizable claims.  Accordingly, it is HEREBY ORDERED that:

21          1.      Plaintiff may proceed *in forma pauperis*.

22          2.      Service shall be initiated on the Defendants.

23          3.      The Clerk of the Court shall send Plaintiff one (1) copy of this order, five (5)

24                  USM-285 forms, five (5) summons, a Notice of Submission of Documents form,

25                  an instruction sheet, and an endorsed copy of the complaint filed on January 25,

26                  2011.

27   ///

28   ///

1

4.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached USM-285 forms and submit the completed Notice to the Court with the following documents:

    a.   One completed summons for each Defendant;

    b.   One completed USM-285 for each Defendant; and

    c.   One copy of the endorsed complaint filed January 25, 2011, for each Defendant.

5.   Plaintiff should not attempt service on the Defendants and should not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.   **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

**Dated:   February 10, 2011**                    **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE